**Order filed, September 13, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00650-CV
_____

**PAUL Z. POCHRON AND DEBORAH POCHRON, Appellant**

**V.**

**LAWRENCE S. OLESKY, Appellee**

---

**On Appeal from the 434th Judicial District Court
Fort Bend County, Texas
Trial Court Cause No. 08-DCV-164803**

---

## ORDER

The reporter's record in this case was due **August 13, 2012**, 2012. *See* Tex. R. App. P. 35.1. On August 30, 2012, this court granted the court reporters request for extension of time to file the record until September 12, 2012. To date, the record has not been filed with the court. Because the reporter's record was not filed within the time prescribed in the first request, the court **GRANTS** your second request and issues the following order.

We order **Karen Woolsey**, the official court reporter, to file the record in this appeal **on or before October 12, 2012.  No further extension will be entertained absent exceptional circumstances**.  The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.  *See* Tex. R. App. P. 35.3(c).  If **Karen Woolsey** does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM